In re:                                                                          Case No. 21-06167-SHG

MATTHEW S JACOMB                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: 309A | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | MATTHEW S JACOMB, 3700 N. CAMPBELL AVENUE, APT. 523, TUCSON, AZ 85719-1511 |
| 16514077 | + | American Education Services / NCT, Attn: Bankruptcy, PO Box 2461, Harrisburg PA 17105-2461 |
| 16514078 | + | Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta GA 30374-0241 |
| 16514079 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen TX 75013-2002 |
| 16514080 | + | Geraldine E. Nelson, 19123 Archwood Street, Reseda CA 91335-5002 |
| 16514081 | + | Scotia Group, 6340 N Campbell Ave, #170, Tucson AZ 85718-3182 |
| 16514082 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne PA 19022 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: scott@weible.com | Aug 11 2021 22:15:00 | SCOTT A. WEIBLE, Weible Law Firm, PLLC, Innovation Corporate Center, 1846 E. Innovation Park Drive, Oro Valley, AZ 85755-1963 |
| tr | + EDI: QSJKARTCHNER.COM | Aug 12 2021 02:13:00 | STANLEY J KARTCHNER, 7090 N ORACLE RD #178-204, TUCSON, AZ 85704-4333 |
| smg | EDI: AZDEPREV.COM | Aug 12 2021 02:13:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16514083 | + EDI: WFFC.COM | Aug 12 2021 02:13:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines IA 50328-0001 |
| 16514084 | + EDI: WFFC.COM | Aug 12 2021 02:13:00 | Wells Fargo Bank, NA, Max F8234f-02f, PO Box 10438, Des Moines IA 50306-0438 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| SCOTT A. WEIBLE | |
| | on behalf of Debtor MATTHEW S JACOMB scott@weible.com |
| | weiblelaw.ecfmail@gmail.com,marivera@weible.com,r43733@notify.bestcase.com |
| STANLEY J KARTCHNER | |
| | trustee@aztrustee.com  skartchner@ecf.axosfs.com,michelle.duron@aztrustee.com,sunny.duron@aztrustee.com |
| U.S. TRUSTEE | |
| | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| | | |
|---|---|---|
| Debtor 1 | MATTHEW S JACOMB | Social Security number or ITIN: xxx–xx–2247 |
| | First Name  Middle Name  Last Name | EIN: __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____ EIN: __–_____ |
| United States Bankruptcy Court: District of Arizona | | Date case filed for chapter: 7  8/10/21 |
| Case number: 4:21–bk–06167–SHG | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | MATTHEW S JACOMB | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3700 N. CAMPBELL AVENUE APT. 523 TUCSON, AZ 85719 | |
| 4. | **Debtor's attorney** Name and address | SCOTT A. WEIBLE Weible Law Firm, PLLC Innovation Corporate Center 1846 E. Innovation Park Drive Oro Valley, AZ 85755–1963 | Contact phone 520–955–3660 Email: scott@weible.com |
| 5. | **Bankruptcy trustee** Name and address | STANLEY J KARTCHNER 7090 N ORACLE RD #178–204 TUCSON, AZ 85704 | Contact phone 520–742–1210 Email: trustee@aztrustee.com |

For more information, see page 2 >

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona**<br>**38 S. Scott Avenue**<br>**Tucson, AZ 85701–1704** | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (520) 202–7500<br>Date: 8/11/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 14, 2021 at 11:30 AM**<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: STANLEY J KARTCHNER<br>Call in number: 866–741–7662<br>Passcode: 2709295 |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/15/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                          page **2**